STATE OF CONNECTICUT *v.* FINLEY WILLIAMS

The defendant's petition for certification for appeal from the Appellate Court, 25 Conn. App. 456, is denied.

*Erskine D. McIntosh,* assistant public defender, in support of the petition.

*Frederick W. Fawcett,* assistant state's attorney, in opposition.

Decided September 19, 1991

CHARLES THOMPSON *v.* COMMISSIONER OF CORRECTION

The petitioner Charles Thompson's petition for certification for appeal from the Appellate Court, 25 Conn. App. 804, is denied.

*Michael J. Isko,* in support of the petition.

*James M. Ralls,* assistant state's attorney, in opposition.

Decided September 19, 1991

L. AND L. BUILDERS, INC. *v.* DEBRA PARMELEE

The defendant's petition for certification for appeal from the Appellate Court, 25 Conn. App. 806, is granted, limited to the following issue:

"Does the record support the trial court's conclusion that the defendant had waived her right to a jury trial in this civil action?"

*Debra M. Parmelee,* pro se, in support of the petition.

Decided September 19, 1991